| Case No.: | 21-49345 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | RAHAIM, JAMES S. AND WILSKI, NICOLE U. | | Date Filed (f) or Converted (c): | 03/31/2022 (c) |
| For the Period Ending: | 03/31/2024 | | §341(a) Meeting Date: | |
| | | | Claims Bar Date: | 07/18/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Household Goods, Furnishings, Fixtures and Appliances (See Attached List of Items Located at Debtors' Residence. Debtors are unsure of value and intend to have the property appraised. Additionally, the Debtors believe that these items were transferred to the Perillo Family Limited Partnership in March 2021 in connection with the Deed in Lieu of Foreclosure given to the Perillo Family Limited Partnership on the Debtors' residence, the LP's release of any claims against the Debtors, and the LP's lease of the property to the Debtors. In the event it is determined that the Perillo Family Limited Partnership does not own the Debtors' personal items, the Debtors will amend this schedule and will adjust the liquidation analysis in their Chapter 11 Plan accordingly) | Unknown | $68,720.00 | | $19,000.00 | FA |
| Asset Notes: | Order Approving Compromise entered 12/5/2023 [docket no. 368] Trustee's Motion for Order Approving Compromise filed 11/7/2023 [docket no. 366] Stipulated Order Granting Trustee's Objections to Debtors' Exemptions and Canceling Hearing entered 8/9/2023 [docket no. 363] - exemption limited to $2,500 Objection to Exemptions Filed 9/6/2022 [docket no. 273] Appraisal completed 6/10/2022 Corrected Amendment filed 3/1/22 [docket no. 73] Amendment filed 3/1/22 [docket no. 72] changing value from $2,500 to unknown and changing description | | | | | |
| 2 | Laptop Computer and Printer | $250.00 | $0.00 | | $0.00 | FA |
| 3 | Cell Phone | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Cell Phone | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Exercise Equipment | $250.00 | $0.00 | | $0.00 | FA |
| 6 | 2 Pistols, 1 Rifle, 1 Shotgun | $750.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Associated with asset no. 1 | | | | | |
| 7 | Men's Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Women's clothing including fox fur poncho | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Corrected Amendment filed 3/1/22 [docket no. 73] Amendment filed 3/1/22 [docket no. 72] increasing value from $500 and changing description | | | | | |
| 9 | Personal jewelry - Removed through amendment | $0.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Corrected Amendment filed 3/1/22 [docket no. 73] Amendment filed 3/1/22 [docket no. 72] removing asset | | | | | |
| 10 | Women's solid gold chain | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Corrected Amendment filed 3/1/22 [docket no. 73] Amendment filed 3/1/22 [docket no. 72] reducing value from $500 and changing description | | | | | |
| | | | SUBTOTALS | | $0.00 | $0.00 |

| Case No.: | 21-49345 | | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|---|
| Case Name: | RAHAIM, JAMES S. AND WILSKI, NICOLE U. | | | Date Filed (f) or Converted (c): | 03/31/2022 (c) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 07/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11  1 Dog - $0 market value | $0.00 | $0.00 | | $0.00 | FA |
| 12  Cash on hand | $5,000.00 | $0.00 | | $0.00 | FA |
| 13  Chase Checking xxxx7531 | $1.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Corrected Amendment filed 3/1/22 [docket no. 73]<br>Amendment filed 3/1/22 [docket no. 72] adding redacted acct number | | | | | |
| 14  Chase Checking xxxx0250 | $1.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Corrected Amendment filed 3/1/22 [docket no. 73]<br>Amendment filed 3/1/22 [docket no. 72] reducing value from $2 and adding redacted acct number | | | | | |
| 15  Ms. Wilski is the sole owner of 7 entities that formerly operated as Tim Hortons locations throughout Metro Detroit. The entities are: Tims 5 Mile, LLC; Tims Telegraph, LLC; Time 8 Mile, LLC; Tims Compuware, LLC; Tims Milner, LLC; Tims Evergreen, LLC; Tims 12 Mile, LLC.<br><br>Assets do not exceed liabilities. All of these entities are out of business. Some equipment and restaurant furniture is in storage, but Ms. Wilski does not know what specific items belong to a specific entity. These items are also subject to a UCC lien held by Ketzler Law, PLLC. Tim Hortons USA, Inc. also has a judgment against the entities, jointly and severally, in an amount in excess of $1.3 Million. | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Corrected Amendment filed 3/1/22 [docket no. 73]<br>Amendment filed 3/1/22 [docket no. 72] changing description | | | | | |
| 16  2 Rugs stored at Modernistic Cleaning and Restoration  (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Associated with asset no. 1<br>Corrected Amendment filed 3/1/22 [docket no. 73]<br>Amendment filed 3/1/22 [docket no. 72] adding asset | | | | | |
| 17  Baby Buford Holdings, LLC (No assets, Never Operated) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Corrected Amendment filed 3/1/22 [docket no. 73]<br>Amendment filed 3/1/22 [docket 72] listing out the various business originally clumped together in one asset | | | | | |
| 18  Little JRS Investments, LLC (No assets, Never Operated) | Unknown | Unknown | | $0.00 | FA |
| **Asset Notes:** Corrected Amendment filed 3/1/22 [docket no. 73]<br>Amendment filed 3/1/22 [docket 72] listing out the various business originally clumped together in one asset | | | | | |

SUBTOTALS  $0.00  $0.00

| Case No.: | 21-49345 | | | Trustee Name: | Mark H. Shapiro |
| Case Name: | RAHAIM, JAMES S. AND WILSKI, NICOLE U. | | | Date Filed (f) or Converted (c): | 03/31/2022 (c) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 07/18/2022 |

| | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Ms. Wilski is the sole owner of 14 entities that formerly operated as Checkers Drive-In Restuarant locations throughout Southeast Michigan. The entities are: Baby Buford, LLC; Baby Buford HP, LLC; Baby Buford Vandyke, LLC; Baby Buford 8 Mile, LLC; Baby Buford Southfield, LLC; Baby Buford 23 Mile, LLC; Baby Buford 14 Mile, LLC; Baby Buford Livernois, LLC; Baby Buford Woodward, LLC; Baby Buford Southgate, LLC; Baby Buford Ypsilanti, LLC; Baby Buford Port Huron, LLC; Baby Buford Sylvan Lake, LLC; Baby Buford Harper, LLC<br><br>All of these entities are out of business following the termination of their respective franchise agreements by Checkers Corporate. Some equipment and restaurant furniture is in storage, but Ms. Wilski does not know what specific items belong to a specific entity. Some of the entities may have unpaid debts outstanding. Baby Buford 23 Mile, LLC has a bank account. Other bank accounts for the other entities were frozen by Chase Bank.<br><br>Baby Buford, LLC is involved in litigation in Michigan and has a pending arbitration against Checkers in Florida regarding the franchise terminaiton. The other Baby Buford entities listed here intend to also file arbitration claims against Checkers.<br><br>Baby Buford Port Huron, LLC has pending litigation in Saint Clair County | Unknown | $0.00 | | $0.00 | FA |

| Asset Notes: | Corrected Amendment filed 3/1/22 [docket no. 73]<br>Amendment filed 3/1/22 [docket 72] listing out the various business originally clumped together in one asset |

| | SUBTOTALS | $0.00 | $0.00 |

| Case No.: | 21-49345 | | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|---|
| Case Name: | RAHAIM, JAMES S. AND WILSKI, NICOLE U. | | | Date Filed (f) or Converted (c): | 03/31/2022 (c) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 07/18/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | James S. Rahaim and Nicole Urso Wilski Irrevocable Trust UAD September 24, 2019 Joseph J. Perillo is the Trustee of the Trust The sole beneficiary of the Trust is the Debtors' minor son Sole asset in the Trust is an Investment Account at Bank of America with a value of $328,572.14 as of 2/28/2022 (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Associated with asset no. 24<br>Amendment filed 3/11/22 [docket no. 88] adding wording to the description<br>Corrected Amendment filed 3/1/22 [docket no. 73]<br>Amendment filed 3/1/22 [docket 72] adding asset | | | | | |
| 21 | Gem Electric Golf Cart - in storage facility in Petoskey, MI (u) | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Corrected Amendment filed 3/1/22 [docket no. 73]<br>Amendment filed 3/1/22 [docket 72] adding asset | | | | | |
| 22 | The James S. Rahaim Living Trust UAD September 24, 2019 Debtor is the Trustee of the Trust The sole beneficiary of the Trust is the Debtors' minor son Per Article III, Section I of the Trust, the trust is funded with all of the Debtor's rights to real and personal property, plus $10, however the Debtor has never titled any assets in the Trust's name. The Trust has no bank or other financial accounts. (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Amendment filed 3/11/22 [docket no. 88] adding asset | | | | | |
| 23 | The Nicole U. Wilski Living Trust UAD September 24, 2019 Co-Debtor is the Trustee of the Trust The sole beneficiary of the Trust is the Co-Debtors' minor son Per Article III, Section I of the Trust, the trust is funded with all of the Co-Debtor's rights to real and personal property, plus $10, however the Co-Debtor has never titled any assets in the Trust's name. The Trust has no bank or other financial accounts. (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Amendment filed 3/11/22 [docket no. 88] adding asset | | | | | |

| | | SUBTOTALS | $0.00 | | $0.00 | |

| Case No.: | 21-49345 | | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|---|
| Case Name: | RAHAIM, JAMES S. AND WILSKI, NICOLE U. | | | Date Filed (f) or Converted (c): | 03/31/2022 (c) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 07/18/2022 |

| | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Adversary against Joseph J. Perillo Trustee for the James S. Rahaim and Nicole Urso Wilski Irrevocable Trust, dated 9/24/19 (Adversary case no. 22-04079-MLO) (u) | $228,432.20 | $228,432.20 | | $228,432.20 | FA |
| Asset Notes: | Order Dismissing Adversary Proceeding filed 2/6/2023 [docket no. 140]<br>Stipulation To Entry of Order Dismissing Adversary Proceeding filed 2/6/2023 [docket no. 140]<br>Order Approving Compromise entered 2/3/2023 [docket no. 334]<br>Motion to Approve Compromise of adversary proceedings 22-04079 and 22-04311 filed 1/9/2023 (docket no. 328)<br>Final Pretrial Conference to be held on 2/16/2023 at 11 am<br>Status Conference on 8/25/22 at 11 am telephonically | | | | | |
| 25 | 2020 Tax Refunds (u) | Unknown | Unknown | | $0.00 | FA |
| Asset Notes: | Any refund would have been an offset | | | | | |
| 26 | Mr. Rahaim's Post-Petition Earnings (u) | $7,890.23 | $7,890.23 | | $7,890.23 | FA |
| Asset Notes: | Order Approving Compromise entered 06/22/2022 [docket no. 213]<br>Motion for Order Approving Compromise filed 5/25/22 [docket no. 197] | | | | | |
| 27 | Adversary against Perillo Family, LP - case no. 22-04306-MLO (u) | $1.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | Order Resolving Claims entered 5/9/2023 [docket no. 350]<br>Order Approving Employment of Real Estate Broker entered [docket no. 348]<br>Motion for Order Resolving Claims filed 4/13/2023 [docket no. 345] | | | | | |
| 28 | Adversary against Roxanne Urso, Lawrence F. Wilski, Joseph J. Perillo Trustee for the James S. Rahaim and Nicole Urso Wilski Irrevocable Trust, dated 9/24/19, James S. Rahaim, Joseph J. Perillo, The Perillo Family Limited Partnership, and Ahern & Kill, P.C. (Adversary proceeding 22-04311) (u) | $400,000.00 | $400,000.00 | | $163,000.00 | FA |
| Asset Notes: | Order Approving Compromise entered 4/10/23 [docket no. 343]<br>Trustee's Motion for Order Approving Compromise filed 3/14/2023 [docket no. 337]<br>Order Dismissing Rahaim/Wilski Trust from Adversary Proceeding filed 2/6/2023 [docket no. 31]<br>Stipulation to Entry of Order Dismissing Rahaim/Wilski Trust from Adversary Proceeding filed 2/6/2023 [docket no. 29] | | | | | |
| 29 | Costs from Francesk Dedaj (u) | $325.00 | $325.00 | | $325.00 | FA |
| Asset Notes: | Order Finding Francesk Dedaj in Contempt of Court and Entering Judgment Upon Failure to Comply entered 7/20/2023 [docket no. 355] | | | | | |
| 30 | 2012 Fiat 500 (Originally purchaased by Baby Buford in 2014, but was titled in the Debtor's name in 2019. Vehicle currently isn't running independently and the registration expired in 2020. (u) | $4,000.00 | $4,500.00 | | $0.00 | $4,500.00 |
| Asset Notes: | Order Authorizing Sale of 20152 Fiat 500 entered 4/2/2024 [docket no. 384]<br>Motion for Order Authorizing Sale of 2012 Fiat 500 filed 3/13/2024 [docket no. 379]<br>Amendment filed 3/6/2024 [docket no. 376] adding asset - didn't file Amended Schedule C to exempt | | | | | |

**TOTALS (Excluding unknown value)**                                  **Gross Value of Remaining Assets**

                         $659,100.43              $709,868.43                                $418,647.43            $4,500.00

SUBTOTALS     $0.00                     $0.00

| Case No.: | 21-49345 | | | Trustee Name: | Mark H. Shapiro |
| --- | --- | --- | --- | --- | --- |
| Case Name: | RAHAIM, JAMES S. AND WILSKI, NICOLE U. | | | Date Filed (f) or Converted (c): | 03/31/2022 (c) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 07/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
| --- | --- |
| 04/02/2024 | Order Authorizing Sale of 2012 Fiat 500 entered [docket no. 384] |
| 03/13/2024 | Motion for Order Authorizing Sale of 2012 Fiat 500 filed 3/13/2024 [docket no. 379] |
| 03/01/2024 | Continued efforts to sell 1010 Lake Shore Rd., Grosse Pointe, Michigan |
| 12/05/2023 | Order Approving Compromise entered [docket no. 368] |
| 11/07/2023 | Trustee's Motion for Order Approving Compromise filed [docket no. 366] |
| 04/26/2023 | Order Approving Employment of Real Estate Broker entered [docket no. 348] |
| 04/25/2023 | Ex Parte Application to Employ Real Estate One, Inc. d/b/a Max Broock Realtors as Real Estate Broker filed [docket no. 346] |
| 04/13/2023 | Motion for Order Resolving Claims filed [docket no. 345] |
| 04/10/2023 | Order Approving Compromise entered [docket no. 343] |
| 03/14/2023 | Trustee's Motion for Order Approving Compromise filed [docket no. 337] |
| 01/09/2023 | Motion to Approve Compromise of adversary proceedings 22-04079 and 22-04311 filed (docket no. 328) |
| 12/16/2022 | Initial Scheduling Conference in adversary 22-04311 will be conducted on 1/5/2023 at 11 am |
| 12/09/2022 | Pre-trial Conference of James S. Rahaim and Nicole Urso Wilski Irrevocable Trust, Dated 9/24/19 on adversary case no. 22-04079-MLO adjourned to 2/23/23 at 11:00 am |
| 11/23/2022 | Hearing on Motion for Summary Judgment (Partial) Against James S. Rahaim and Nicole Urso Wilski Irrevocable Truste, Dated 9/24/19 on adversary case no. 22-04079-MLO scheduled for 12/8/22 at 11 am |
| 10/04/2022 | Stipulation to Entry of Order for Mediation regarding Roxanne Urso & Lawrence Wilski filed [docket no. 284] |
| 08/26/2022 | Adversary Proceeding 22-04079-MLO<br>Final Pretrial Conference will be held on 2/16/2023 at 11 am<br>Trial to be held on 3/4/2023 at 10 am |
| 08/04/2022 | Status Conference on 8/25/22 at 11 am telephonically regarding Adversary Proceeding 22-04079-MLO |
| 08/04/2022 | Status Conference on 8/25/22 at 11 am telephonically regarding Adversary Proceeding 22-04079-MLO |
| 08/04/2022 | Status Conference on 8/25/22 at 11 am telephonically regarding Adversary Proceeding 22-04079-MLO |
| 06/22/2022 | Order Approving Compromise entered 06/22/2022 [docket no. 213] |
| 04/25/2022 | Order Approving Employment of Real Estate Appraiser, Leo Savoie, SRA of Apex Appraisers, Inc., regarding 1010 Lake Shore Road, Grosse Pointe, Michigan |
| 04/18/2022 | New § 341 MOC assigned for May 16, 2022 at 8:30 am<br><br>C/B date 7/18/22 |
| 03/31/2022 | Case converted from Chapter 11 Subchapter V to Chapter 7 proceeding per court order [docket no. 107] |

| | | | |
| --- | --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 02/28/2024 | /s/ MARK H. SHAPIRO | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2024 | MARK H. SHAPIRO | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 21-49345 | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** RAHAIM, JAMES S. AND WILSKI, NICOLE U. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***0925 | **Checking Acct #:** | ******0049 |
| **Co-Debtor Taxpayer ID #:** **-***0937 | **Account Title:** | Checking Account |
| **For Period Beginning:** 04/01/2023 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 03/31/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/13/2022 | (26) | NICOLE U WILSKI JAMES S RAHAIM | Order Approving Compromise entered 06/22/2022 [docket no. 213] | 1229-000 | $7,890.23 | | $7,890.23 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.34 | $7,878.89 |
| 07/18/2022 | 6001 | Stefek's Auctioneer & Appraisers | First and Final Application of Appraiser fees per court order entered 7/14/22 [docket no. 239] | 3711-000 | | $4,050.00 | $3,828.89 |
| 07/25/2022 | 6002 | Apex Appraisers, Inc. | First and Final Application of Appraiser fees per court order entered 7/25/22 [docket no. 244] | 3711-000 | | $2,500.00 | $1,328.89 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $10.35 | $1,318.54 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.95 | $1,316.59 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.89 | $1,314.70 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.89 | $1,312.81 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.88 | $1,310.93 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.94 | $1,308.99 |
| 02/08/2023 | (24) | Ahern & Hill, PC | Payment per Order Approving Compromise entered 2/3/2023 [docket no. 334] | 1241-000 | $228,038.50 | | $229,347.49 |
| 02/14/2023 | 6003 | Steinberg Shapiro & Clark | First Interim Application of Attorney for Trustee fees per court order entered 2/14/2023 [docket no. 336] | 3110-000 | | $80,000.00 | $149,347.49 |
| 02/14/2023 | 6004 | Steinberg Shapiro & Clark | First Interim Application of Attorney for Trustee expenses per court order entered 2/14/2023 [docket no. 336] | 3120-000 | | $513.79 | $148,833.70 |
| 02/28/2023 | (24) | Ahern & Kill PC | Payment per Order Approving Compromise entered 2/3/2023 [docket no. 334] | 1241-000 | $393.70 | | $149,227.40 |
| 03/22/2023 | 6005 | Dickinson Wright PLLC | Deposit of mediation fee in adversary proceeding no. 22-04326 against The Perillo Family Limited Partnership (with consent of the Office of the U.S. Trustee) | 2990-000 | | $7,500.00 | $141,727.40 |
| 04/12/2023 | (28) | Ahern & Kill, P.C. | Payment for Order Approving Compromise entered 4/10/23 [docket no. 343] | 1241-000 | $163,000.00 | | $304,727.40 |
| 04/17/2023 | 6005 | VOID: Dickinson Wright PLLC | Voided check as matter settled - mediation not needed | 2990-003 | | ($7,500.00) | $312,227.40 |
| 08/21/2023 | (29) | EVERYTHINGHR FINANCIAL SERVICES | Payment per Order Finding Francesk Dedaj in Contempt of Court and Entering Judgment Upon Failure to Comply entered 7/20/2023 [docket no. 355] | 1241-000 | $325.00 | | $312,552.40 |
| 12/01/2023 | 6006 | Insurance Partners | 2023 - 2024 Bond Allocation | 2300-000 | | $296.11 | $312,256.29 |
| 12/18/2023 | (1) | Gold Lange & Majoros PC | Payment per Order Approving Compromise entered 12/5/2023 [docket no. 368] | 1129-000 | $19,000.00 | | $331,256.29 |

SUBTOTALS $418,647.43 $87,391.14

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-49345 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | RAHAIM, JAMES S. AND WILSKI, NICOLE U. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0925 | | Checking Acct #: | ******0049 |
| Co-Debtor Taxpayer ID #: | **-***0937 | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2023 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2024 | 6007 | The House Manager | Invoice no. 701 for installation of toilet in 1010 Lake Shore Drive property | 2990-000 | | $202.93 | $331,053.36 |
| | | | **TOTALS:** | | $418,647.43 | $87,594.07 | $331,053.36 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $418,647.43 | $87,594.07 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $418,647.43 | $87,594.07 | |

| For the period of 04/01/2023 to 03/31/2024 | | For the entire history of the account between 05/13/2022 to 3/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $182,325.00 | Total Compensable Receipts: | $418,647.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $182,325.00 | Total Comp/Non Comp Receipts: | $418,647.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | ($7,000.96) | Total Compensable Disbursements: | $87,594.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | ($7,000.96) | Total Comp/Non Comp Disbursements | $87,594.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 21-49345 | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** | RAHAIM, JAMES S. AND WILSKI, NICOLE U. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***0925 | **Checking Acct #:** | ******0049 |
| **Co-Debtor Taxpayer ID #:** | **-***0937 | **Account Title:** | Checking Account |
| **For Period Beginning:** | 04/01/2023 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 03/31/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $418,647.43 | $87,594.07 | $331,053.36 |

**For the period of 04/01/2023 to 03/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $182,325.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $182,325.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | ($7,000.96) |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | ($7,000.96) |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/13/2022 to 3/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $418,647.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $418,647.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $87,594.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $87,594.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARK H. SHAPIRO

MARK H. SHAPIRO